UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. OMAR WHITTAKER, *Defendant*. | Crim. No. 20-738  **ORDER** |

**John Michael Vazquez, U.S.D.J.**

The Court received documents in an envelope with Defendant's name and address on it. The documents are a July 8, 2022 letter from defense counsel to Defendant along with Defendant's mental health evaluation. Each page has handwriting on, which appears to indicate that "I reject your offer to Contract with Dishonor: Lack of Contract, Lack of Venue, Lack of Jurisdiction. Truth Lending Act: Regulation Z." The Court surmises that it is Defendant's handwriting. As the record reflects, for a better part of the proceedings, Defendant has refused to substantively engage in the case, and instead repeatedly recites language associated with what is commonly known as the Sovereign Citizens Movement. To ensure a complete record, the Court is ordering that information received from Defendant be placed on the record. Because the information contains Defendant's medical information, it shall be placed under seal. As a result, and for good cause shown,

**IT IS** on this 31st day of August 2022 hereby

**ORDERED** that a scanned copy of the information provided by Defendant, along with a copy of the front of the envelope in which it was received, shall be placed on the docket. The information is date stamped 2022 Aug – 8; and it is further

**ORDERED** that the information shall be placed under seal until further order from the Court.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.